UNITED STATES DISTRICT COURT

Northern District of California

SECURE VENTURE LEASING,

Plaintiff(s),

v.

DAVID STEPHENS, an individual;
ONASI, INC., a Utah corporation; and
DOES 1 through 50, inclusive

Defendant(s).

CASE NO. C07-1361

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

DAVID W. SLAUGHTER, an active member in good standing of the bar of the Utah Supreme Court, whose business address and telephone number (particular court to which applicant is admitted) is

Snow, Christensen & Martineau, 10 Exchange Place, Eleventh Floor, P. O. Box 45000, Salt Lake City, Utah 84145-5000 / Telephone: (801) 521-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing David Stephens and Onasi, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 16, 2007



IT IS SO ORDERED
Judge Edward M. Chen