ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
SECURE VENTURE LEASING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURE VENTURE LEASING,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID STEPHENS, an individual;<br>ONASI, INC., a Utah corporation; and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-01361 EMC<br><br>**STIPULATED DISMISSAL** ; ORDER |

　　　　Plaintiff Secure Venture Leasing, by and through its attorneys of record, hereby dismisses this Action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with all parties to bear their own costs, expenses and attorneys' fees.

Dated: May 3, 2007.　　　　ROGERS JOSEPH O'DONNELL
　　　　　　　　　　　　　　Attorneys for Plaintiff


　　　　　　　　　　　　　　By: _/s/ Thomas H. Carlson_____


　　　　IT IS SO STIPULATED.

Dated: May 3, 2007.　　　　SEDGWICK, DETERT, MORAN & ARNOLD LLP
　　　　　　　　　　　　　　Attorneys for Defendants


　　　　　　　　　　　　　　By: _/s/ James P. Diwik_____

Page 1

Stipulated Dismissal – Case No. C 07-01361 EMC

255175.1

| | | |
|---|---|---|
| 1 | Dated: May 3, 2007. | SNOW, CHRISTENSEN & MARTINEAU |
| 2 | | Attorneys for Defendants |
| 3 | | By: /s/ David W. Slaughter |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate J.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*